UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANNAH MEAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JIREH HOLDINGS, LLC d/b/a NORTHWEST RETIREMENT PLAN CONSULTANTS, LLC, and WESTHILL, INC.,<br><br>Defendants. | No. 3:25-CV-05669-DGE<br><br>ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION (Dkt. No. 10) AND DENYING AS MOOT MOTION TO EXTEND TIME TO ANSWER COMPLAINT (DKT. NO. 9) |

The Court GRANTS the joint motion to stay proceedings pending mediation (Dkt. No. 10), and ORDERS:

1. All proceedings in the above-captioned matter are stayed until October 22, 2025, pending the outcome of the mediation session scheduled for October 8, 2025. This stay shall apply to all deadlines in this matter, including but not limited to:

   a. Defendants' deadline to respond to the Plaintiff's Class Action Complaint (Doc. No. 1-2); and

   b. Defendants' deadline to respond to any Motion to Remand filed by Plaintiff.

2. The Parties shall promptly report to the Court if a resolution is reached through mediation and shall file a joint status report on or before October 22, 2025.

ORDER GRANTING JOINT MOTION TO STAY
PROCEEDINGS PENDING MEDIATION - 1

3. The Parties' Stipulation to Extend Time to Answer Complaint (Dkt. No. 9 is DENIED as MOOT.

Dated this 7th day of August, 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING JOINT MOTION TO STAY
PROCEEDINGS PENDING MEDIATION - 2